IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL K. WILLIAMS, )<br>)<br>Defendant. ) | Case No. 24-00031-01-CR-W-BP |

REPORT AND RECOMMENDATION

On September 27, 2024, Defendant was ordered to undergo a competency evaluation. (Doc. 28) Defendant was examined by Haley Wentowski, Psy.D., who prepared a report dated November 19, 2024, in which she opined Defendant was not competent to stand trial. (Doc. 29) A competency hearing was held on December 9, 2024. The government was represented by Assistant United States Attorneys Patrick Edwards and Heather Siegele. Defendant appeared in person with appointed attorney Travis Poindexter. The parties stipulated to the contents and findings of Dr. Wentowski's report (Doc. 33, at p. 3). No additional evidence was presented.

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that Defendant is not competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant incompetent to stand trial and to assist in his defense. It is further

RECOMMENDED that the court commit Defendant to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). It is further

RECOMMENDED that once Defendant's hospitalization begins, the director of the facility

shall prepare an interim status report every forty days concerning Defendant's mental condition.

Such report(s) shall be promptly provided by U.S. Mail and e-mail to:

>United States District Court
>Chambers of Chief U.S. District Judge Beth Phillips
>400 E. 9th Street; Chambers 7452
>Kansas City, MO 64106
>annette_cordell@mow.uscourts.gov;
>
>United States District Court
>Chambers of U.S. Magistrate Judge Jill A. Morris
>400 E. 9th Street; Chambers 7662
>Kansas City, MO 64106
>lauren_stout@mow.uscourts.gov;
>
>Travis Poindexter
>Federal Public Defender's Office
>1000 Walnut; Suite 600
>Kansas City, MO 64106
>travis_poindexter@fd.org; and
>
>Heather Siegele
>United States Attorney's Office
>400 E. 9th Street; Suite 5510
>Kansas City, MO 64106
>heather.siegele@usdoj.gov.

                          /s/ *Jill A. Morris*
                          JILL A. MORRIS
                          UNITED STATES MAGISTRATE JUDGE