# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-00031-01-CR-W-BP |
| | ) |
| MICHAEL K. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) FINDING DEFENDANT INCOMPETENT TO PROCEED TO TRIAL

On September 27, 2024, Defendant was ordered to undergo a competency evaluation. (Doc. 28.) Defendant was examined by Haley Wentowski, Psy.D., who prepared a report dated November 19, 2024, in which she opined Defendant was not competent to stand trial. (Doc. 29)

During a hearing held before United States Magistrate Jill A. Morris on December 9, 2024, Defendant and the Government stipulated to Dr. Wentowski's report, and no other evidence was offered. (*See* Doc. 33.) Thereafter, Judge Morris issued a Report recommending that the Court find that Defendant is incompetent to proceed. (Doc. 34.)

There has been no objection to Judge Morris's recommendation and the time for objecting has passed. Accordingly, and after reviewing Dr. Wentowksi's report and the transcript from the hearing, the Court adopts the recommendation and finds that Defendant is incompetent to stand trial and to assist in his defense.

Defendant is committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). Once Defendant's hospitalization begins, the director of the facility shall prepare an interim status report every forty days concerning Defendant's mental condition. Such report(s) shall be promptly provided by U.S. Mail and e-mail to:

United States District Court
Chambers of Chief U.S. District Judge Beth Phillips
400 E. 9th Street; Chambers 7452
Kansas City, MO 64106
annette_cordell@mow.uscourts.gov

United States District Court
Chambers of U.S. Magistrate Judge Jill A. Morris
400 E. 9th Street; Chambers 7662
Kansas City, MO 64106
lauren_stout@mow.uscourts.gov

Travis Poindexter
Federal Public Defender's Office
1000 Walnut; Suite 600
Kansas City, MO 64106
travis_poindexter@fd.org

Heather Siegele
United States Attorney's Office
400 E. 9th Street; Suite 5510
Kansas City, MO 64106
heather.siegele@usdoj.gov

**IT IS SO ORDERED.**

DATE: January 3, 2025

       /s/Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT