**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-00031-01-CR-W-BP |
| | ) | |
| MICHAEL K. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) FINDING DEFENDANT NOT COMPETENT TO PROCEED TO TRIAL

On September 17, 2024, Defendant was ordered to undergo a competency evaluation. (Doc. 28.) He was examined by Haley Wentowski, Psy.D., who prepared a report documenting her observations and conclusions. (Doc. 29.) It was her opinion that Defendant was not competent to proceed to trial, and the Court committed Defendant to the Attorney General's custody for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). (Doc. 35.)

On March 5, 2026, Katlyn Hanson, Psy.D., issued a report opining that Defendant is unlikely to be restored to competency in the near future. (Doc. 42.) During a hearing held before United States Magistrate Judge Jill A. Morris on March 26, 2026, the psychologist's report was entered in evidence, and no other evidence was offered. (*See* Doc. 49.) Thereafter, Judge Morris issued a Report recommending that the Court find that Defendant remains incompetent to proceed and is unlikely to be restored to competency in the foreseeable future. (Doc. 50.) No party objected to the Report and Recommendation, and the time for doing so has passed. Accordingly, after reviewing the Record (including the psychologist's report), it is

ORDERED that the Report and Recommendation of Judge Morris is adopted in its entirety, and this Court finds that Defendant (1) is not competent to proceed to trial and (2) is not likely to be restored to competency in the foreseeable future.

**IT IS SO ORDERED.**

 /s/Beth Phillips
BETH PHILLIPS, JUDGE
DATE:  April 13, 2026　　　　　　　　　　UNITED STATES DISTRICT COURT